UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZIZAH KAYAD AHMED MISAB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No.  1:24-cv-00241-KES-EPG <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> (ECF No. 18) |

This matter is before the Court on Plaintiffs' notice of voluntary dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or a motion for summary judgment. (ECF No. 18). In light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to vacate all pending dates and deadlines and then close the case.

IT IS SO ORDERED.

Dated:   **December 3, 2024**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1